NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PUBLISHING TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**RPX CORPORATION,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1420, 2020-1421

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01131, IPR2018-01132.

---

**JUDGMENT**

---

JEREMY SETH PITCOCK, The Pitcock Law Group, New York, NY, argued for appellant.

ANDREW RYAN SOMMER, Greenberg Traurig, LLP, McLean, VA, argued for appellee.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor.  Also represented by MAI-TRANG DUC DANG, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2021                    /s/ Peter R. Marksteiner
   Date                          Peter R. Marksteiner
                                 Clerk of Court